**Opinion issued May 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00152-CV

————————————

## IN RE EMERSON PROCESS MANAGEMENT VALVE AUTOMATION, INC., EMERSON PROCESS MANAGEMENT, LLLP, EMERSON PROCESS MANAGEMENT REGULATOR TECHNOLOGIES, INC., AND EMERSON ELECTRIC CO., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators have filed a petition for writ of mandamus, asking this Court to compel the trial court to vacate its order denying relators' motion to dismiss for forum non conveniens.[1]

---

[1]     The underlying case is *Kelli Most, Individually and as Personal Representative of the Estate of Jesse Henson v. Team Industrial Services, Inc., et al.*, cause number

As relators have failed to establish that the trial court abused its discretion, we deny the petition. The March 6, 2019 order staying all trial court proceedings is lifted.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.

---

18-DCV-256883, pending in the 268th District Court of Fort Bend County, Texas, the Honorable O'Neill Williams presiding.